UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VITOR EMILIO OLIVEIRA FARIA, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 25-13394-MJJ |
| ANTONE MONIZ, in his official capacity as Director/Warden of Plymouth County Correctional Facility, PATRICIA HYDE, in her official capacity as Field Office Director, TODD LYONS, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Acting Secretary of the Department of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General of the United States, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

## **MEMORANDUM OF DECISION AND ORDER**

November 18, 2025

JOUN, D.J.

Vitor Emilio Oliveira Faria ("Mr. Oliveira Faria" or "Petitioner") is a citizen of Brazil who, as a fifteen-year-old minor, entered the United States in August 2021 with his mother. [Doc. No. 1 at ¶ 1]. On November 12, 2025, Mr. Oliveira Faria was taken into ICE custody. [*Id*.]. He is currently detained at the Plymouth County Correctional Facility in Plymouth, Massachusetts. [*Id*. at ¶ 5]. Mr. Oliveira Faria petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

1

In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in the Petition are similar to those at issue in *Hilario Rodriguez v. Moniz,* 25-cv-12358. [Doc. No. 7 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Oliveira Faria is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Oliveira Faria with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Oliveira Faria on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Oliveira Faria has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

<u>/s/ Myong J. Joun</u>
United States District Judge